RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/7/13

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL DE JESUS RIVAS,<br>Petitioner | CIVIL ACTION<br>NO. 1:12-CV-02152 |
| VERSUS | |
| JANET NAPOLITANO, et al.,<br>Respondents | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Before the court is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by petitioner Manuel de Jesus Rivas ("Rivas") on August 10, 2012. Rivas, a native and citizen of El Salvador, contests his continued detention, since July 11, 2011, by the Bureau of Customs and Immigration Enforcement ("ICE") pending his removal from the United States. At the time of filing his petition, Rivas was being detained in the LaSalle Detention Center in Trout, Louisiana. The sole relief requested by Rivas is release from custody pending his removal, pursuant to Zadvydas v. Davis, 533 U.S. 678, 121 S.Ct. 2491 (2001).

On January 15, 2013, the Respondents answered the petition (Doc. Item 11), showing through documents and an affidavit by Lori Wilson, Acting Assistant Field Office Director, Department of Homeland Security, in Oakdale, Louisiana, that Rivas has wilfully refused to complete the forms necessary to obtain travel documents from the El Salvador Consulate on four separate occasions. The

Respondents further show that Rivas has been indicted on criminal charges for wilful failure to depart the United States pursuant to his removal order. That indictment has been filed in this court. See <u>U.S. v. Rivas</u>, Case No. 1:13-cr-00028, and his arraignment is currently scheduled for February 25, 2013 before the undersigned Magistrate Judge.

Since an arrest warrant has been issued for Rivas pursuant to the criminal indictment and he will be detained pending resolution of the criminal charges against him, Rivas' habeas petition for release pending removal from the United States should be denied as moot.

## Conclusion

Based on the foregoing discussion, IT IS RECOMMENDED that Rivas' habeas petition be DENIED AND DISMISSED AS MOOT.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED**

**FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) CALENDAR DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this 6th day of February 2013.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE