RECEIVED
IN ALEXANDRIA, LA.

APR 1 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL DE JESUS RIVAS,<br>Petitioner | CIVIL ACTION<br>NO. 1:12-CV-02152 |
| VERSUS | |
| JANET NAPOLITANO, et al.,<br>Respondents | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Rivas' habeas petition is DENIED AND DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 12th day of April, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT